**Edward THOMAS, Plaintiff— Appellant,**

v.

**T. FELKER; et al., Defendants— Appellees.**

No. 08–16312.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 8, 2008.*

Filed Sept. 15, 2008.

Edward Thomas, Susanville, CA, pro se.

---

Before: PREGERSON, McKEOWN and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Upon review of the record and appellant's opening brief, this court hereby summarily affirms the district court's order denying without prejudice appellant's request for preliminary injunctive relief because the district court dismissed appellant's complaint prior to service. *See* Fed. R.Civ.P. 65(a)(1) (court may issue preliminary injunction only on notice to adverse party); *see also United States v. Hooton,* 693 F.2d 857 (9th Cir.1982) (per curiam) (summary affirmance appropriate where result is clear from face of record).

All pending motions are denied.

**AFFIRMED.**